# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

December 13, 2023

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:   Felix Castro v. Arctic Cool, LLC - Case No. 1:23-cv-09029-LGS

To the Honorable Judge Lorna G. Schofield,

Plaintiff respectfully requests an adjournment of the initial pretrial conference currently scheduled for December 20, 2023 pursuant to Your Honor's Order dated December 4, 2023 (Docket #6). In an effort to promote judicial economy, Plaintiff respectfully requests an adjournment of the initial pretrial conference from December 20, 2023 to January 20, 2024. Service of the Summons and Complaint was completed on December 8, 2023 (Docket #7). Defendants' time to respond to the Complaint expires on December 29, 2023. The Defendant has yet to appear in this action. Plaintiff respectfully requests and adjournment of the initial pretrial conference to give the Defendant an opportunity to appear or in the alternative, to allow Plaintiff an opportunity to file a request for a certificate of default. This is the first time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Plaintiff's Attorney*

The initial pretrial conference scheduled for December 20, 2023, is adjourned to **January 24, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **January 17, 2024**. So Ordered.

Dated: December 14, 2023
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**